**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**ROBERT P. TAYLOR,**

        **Plaintiff,**

**v.**                           **Case No. 4:14cv98-MW/CAS**

**MICHAEL D. CREWS, et al.,**

        **Defendants.**
_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND
<u>RECOMMENDATION</u>**

This Court has considered the Magistrate Judge's Report and

Recommendation.  ECF No. 21.  Upon consideration, no objections having been

filed by Plaintiff,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's

opinion.  Defendants' motion to dismiss Plaintiff's second amended complaint,

ECF No. 11, is **GRANTED in part and DENIED in part**.  The motion to

dismiss, ECF No. 17, is **DENIED** as to Plaintiff's claim against Defendant Sikes

for retaliation on March 2, 2013; the motion is otherwise **GRANTED**.  This case is

**REMANDED** to the Magistrate Judge for further proceedings on the surviving

First Amendment claim.

      **SO ORDERED on August 24, 2015.**

                              **_s/MARK E. WALKER_____**
                              **United States District Judge**