IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ROBERT P. TAYLOR,**

       **Plaintiff,**

v.   Case No.  4:14cv98-MW/CAS

**JAMS SIKES,**

       **Defendant.**

_____/

**ORDER ACCEPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 38, and has also reviewed *de novo* Defendant's objections to the report and recommendation, ECF No. 39.   Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Defendant's objections, as this Court's opinion.   In so ruling, this Court concludes that the objections are not well taken.  First, if Defendant wished for this Court to consider these affidavits in support of its motion for summary judgment then Defendant should have sought leave to file a reply and/or a motion to supplement the record and/or a motion to strike.  Second, even if this Court were to strike the corroborating witness' affidavit, summary judgment would be denied because

1

Plaintiff's sworn statements create a genuine issue of material fact.  Of course, Plaintiff and his witness may be subject to sanctions but that is a different issue for another day.  Defendant's motion for summary judgment, ECF No. 30, and Plaintiff's motion for summary judgment, ECF No. 34, are **DENIED** because there is a genuine dispute of material fact.  This case is remanded to the Magistrate Judge for further proceedings prior to setting this case.

      **SO ORDERED on September 7, 2016.**

                                    **s/Mark E. Walker**
                                    **United States District Judge**